```
BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:14-MJ-0076-EFB |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
|  | ) CONTINUING PRELIMINARY HEARING |
|  | ) DATE |
| RUDY TAFOYA, | ) |
|  | ) Judge: Hon. Kendall J. Newman |
| Defendant. | ) |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for a Preliminary Hearing on April 24, 2014.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until May 8, 2014, at 2:00 p.m.
3. The defendant is presently in custody.

///

///

Stipulation to Continue            1                United States v. Tafoya

4. The parties have discussed a potential pre-indictment resolution of this matter. The parties need further time to discuss this matter, discuss any potential consequences, and to allow counsel for the defendant reasonable time necessary for preparation and further investigation.

5. Defendant understands that pursuant to 18 U.S.C. § 3161(b), "any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested." Time may be excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The parties jointly move to exclude time within which any indictment or information shall be filed from April 24, 2014, through and including May 8, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

6. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**

DATED: April 19, 2014          /s/ Justin L. Lee
                               JUSTIN L. LEE
                               Assistant U.S. Attorney

DATED: April 19, 2014          /s/ William Bonham
                               WILLIAM BONHAM
                               Attorney for Rudy Tafoya
                               (as authorized on April 17, 2014)

**ORDER**

IT IS SO FOUND AND ORDERED, this 21st day of April, 2014.

Dated:  April 21, 2014

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE