William E. Bonham, SB# 55478
916 2nd Street, 2nd Floor, Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113
Attorney for defendant RUDY TAFOYA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 14-MJ-00076-EFB |
|---|---|
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE PRELIMINARY EXAMINATION** |
| v. | |
| RUDY TAFOYA, | |
| Defendant. | |

Defendant, Rudy Tafoya, by and through his undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request that the preliminary examination currently set for Thursday, May 8, 2014 at 2:00 pm be vacated and reset for Thursday, May 22, 2014 at 2:00 pm.

The parties have discussed a potential pre-indictment resolution of this matter. The parties need further time to discuss this matter, discuss any potential consequences, and to allow counsel for the defendant reasonable time necessary for preparation and further investigation.

The defendant understands that pursuant to 18 U.S.C. § 3161(b), "any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested." Time may be excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §

1

1   3161(h)(7)(A).  The parties jointly move to exclude time within which any indictment or

2   information shall be filed from May 8, 2014, through and including May 22, 2014, pursuant to 18

3   U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant…….

4   The reasonable time necessary for effective preparation, taking into account the exercise of due

5   diligence."

6          Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

7   Dated: May 5, 2014                              BENJAMIN B. WAGNER
                                                    United States Attorney
8

9                                                   By:/s/ WILLIAM BONHAM for_____
                                                    JUSTIN LEE
10                                                  Assistant U.S. Attorney

11

12  Dated: May 5, 2014                              By:/s/ WILLIAM  BONHAM for_____
                                                    WILLIAM BONHAM
13                                                  Counsel for defendant RUDY TAFOYA

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

IT IS SO FOUND AND ORDERED, this 6th day of May, 2014.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE