1  William E. Bonham, SB# 55478
   916 2nd Street, 2nd Floor, Ste. A
2  Sacramento, California 95814
   Telephone: (916) 557-1113
3  Attorney for defendant RUDY TAFOYA

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        No. 14-MJ-00076-EFB

12         Plaintiff,                 **STIPULATION AND [PROPOSED]**
                                              **ORDER TO CONTINUE PRELIMINARY**
13     v.                                  **EXAMINATION**

14  RUDY TAFOYA,

15         Defendant.

16

17       Defendant, Rudy Tafoya, by and through his undersigned counsel, and the United States,

18  through its undersigned counsel, hereby agree and request that the preliminary examination

19  currently set for Thursday, July 3, 2014 at 2:00 pm be vacated and reset for Thursday, July 24,

20  2014 at 2:00 pm.

21       The parties have discussed a potential pre-indictment resolution of this matter.  The

22  parties need further time to discuss this matter, discuss any potential consequences, and to allow

23  counsel for the defendant reasonable time necessary for preparation and further investigation.

24       The defendant understands that pursuant to 18 U.S.C. § 3161(b), "any information or

25  indictment charging an individual with the commission of an offense shall be filed within thirty

26  days from the date on which such individual was arrested."  Time may be excluded under the

27  Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance

28  outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §

1  3161(h)(7)(A).  The parties jointly move to exclude time within which any indictment or

2  information shall be filed from July 3, 2014, through and including July 23, 2014, pursuant to 18

3  U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant…….

4  The reasonable time necessary for effective preparation, taking into account the exercise of due

5  diligence."

6  Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

7  Dated: June 30, 2014                    BENJAMIN B. WAGNER
                                           United States Attorney
8
9                                          By:/s/ WILLIAM BONHAM for
                                           JUSTIN LEE
10                                         Assistant U.S. Attorney

11
12 Dated: June 30, 2014                    By:/s/ WILLIAM  BONHAM for
                                           WILLIAM BONHAM
13                                         Counsel for defendant RUDY TAFOYA

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**<u>ORDER</u>**

IT IS SO FOUND AND ORDERED, this 1st day of July, 2014.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE