1 William E. Bonham, SB# 55478
916 2nd Street, 2nd Floor, Ste. A
2 Sacramento, California 95814
Telephone: (916) 557-1113
3

4 Attorney for defendant RUDY TAFOYA

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RUDY TAFOYA,<br><br>    Defendant. | No.  14-CR-00193-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

Defendant, Rudy Tafoya, by and through his undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request that the status conference currently set for Tuesday, November 18, 2014 at 9:30 am be vacated and reset for Tuesday, December 16, 2014 at 9:30 pm.

A continuance is necessary to allow defense counsel additional time to meet with the government and defendant regarding ongoing discussions toward a possible negotiated settlement.

The parties further stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial; and that time should be excluded from the computation of time within which trial must commence under the Speedy Trial Act from

November 30, 2014, up to and including December 16, 2014, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

I, William E. Bonham, the filing party, have received authorization from AUSA Justin Lee to sign and submit this stipulation and proposed order on her behalf.

Accordingly, the defense and the United States agree and stipulate that the status conference for defendant Rudy Tafoya should be continued until Tuesday, December 16, 2014 at 9:30 am.

Dated: November 14, 2014                    BENJAMIN B. WAGNER
                                            United States Attorney

                                            By: /s/ WILLIAM BONHAM for
                                            JUSTIN LEE
                                            Assistant U.S. Attorney


Dated: November 14, 2014                    By: /s/ WILLIAM BONHAM for
                                            WILLIAM BONHAM
                                            Counsel for defendant RUDY TAFOYA

## **ORDER**

IT IS SO ORDERED. The status conference currently set for Tuesday, November 18, 2014 at 9:30 am is vacated and continued to Tuesday, December 16, 2014, at 9:30 am.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from September 30, 2014, up to and including the date of the new status conference, December 16, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4. I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4.

November 14, 2014

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE