1  William E. Bonham, SBN: 55478
   Attorney At Law
2  Hotel de France Bldg. Old Sacramento
   916 2nd Street, 2nd Floor, Suite A
3  Sacramento, CA 95814
   Telephone:(916) 557-1113
4  Facsimile: (916) 557-1118
   E-mail: billbonham@mylaw.comcastbiz.net
5

6  Attorney for defendant RUDY TAFOYA

7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,   |   No. 14-CR-00193-JAM
12 |         Plaintiff,           |   **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**
13 |    v.                        |
14 | RUDY TAFOYA,                 |
15 |         Defendant.           |

16

17   Defendant, Rudy Tafoya, by and through his undersigned counsel, and the United States,

18 through its undersigned counsel, hereby agree and request that the status conference currently set

19 for Tuesday, December 16, 2014 at 9:30 am be vacated and reset for Tuesday, February 24, 2015

20 at 9:30 am.

21   A continuance is necessary to allow defense counsel additional time to meet with the

22 government and defendant regarding ongoing discussions toward a possible negotiated

23 settlement.  Additionally, defense counsel has two trials in the Sacramento County Superior Court

24 scheduled to begin in January 2015.

25   The parties further stipulate that the failure to grant a continuance in this matter would

26 deny counsel reasonable time necessary for effective preparation, taking into account the exercise

27 of due diligence; that the ends of justice served by granting this continuance outweigh the best

28 interest of the public and the defendant in a speedy trial; and that time should be excluded from

1

1    the computation of time within which trial must commence under the Speedy Trial Act from
2    December 16, 2014, up to and including February 24, 2015, pursuant to 18 U.S.C. § 3161
3    (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

4        I, William E. Bonham, the filing party, have received authorization from AUSA Justin
5    Lee to sign and submit this stipulation and proposed order on her behalf.

6        Accordingly, the defense and the United States agree and stipulate that the status
7    conference for defendant Rudy Tafoya should be continued until Tuesday, February 24, 2015 at
8    9:30 am.

10    Dated: December 12, 2014             BENJAMIN B. WAGNER
                                                     United States Attorney

                                                     By:/s/ WILLIAM BONHAM for
                                                     JUSTIN LEE
                                                     Assistant U.S. Attorney

15    Dated: December 12, 2014             By:/s/ WILLIAM  BONHAM for
                                                   WILLIAM BONHAM
                                                    Counsel for defendant RUDY TAFOYA

**ORDER**

IT IS SO ORDERED. The status conference currently set for Tuesday, December 16, 2014 at 9:30 am is vacated and continued to Tuesday, February 24, 2015, at 9:30 am.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from December 16, 2014, up to and including the date of the new status conference, February 24, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4. I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4.

December 15, 2014

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE