William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant RUDY TAFOYA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RUDY TAFOYA,<br><br>　　　　Defendant. | No.  14-CR-00193-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

  Defendant, Rudy Tafoya, by and through his undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request that the status conference currently set for Tuesday, February 24, 2015 at 9:30 am be vacated and reset for Tuesday, April 21, 2015 at 9:15 am.

  A continuance is necessary to allow defense counsel additional time to meet with the government and defendant regarding ongoing discussions toward a possible negotiated settlement.  Additional time is necessary due Defense counsel's present caseload demands including a Ninth Circuit appellate brief due as well as preparations for an attempted murder trial in the Sacramento County Superior Court that is scheduled to commence on February 26, 2015.

  The parties further stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; that the ends of justice served by granting this continuance outweigh the best

1 interest of the public and the defendant in a speedy trial; and that time should be excluded from
2 the computation of time within which trial must commence under the Speedy Trial Act from
3 February 24, 2015, up to and including April 21, 2015, pursuant to 18 U.S.C. § 3161 (h)(7)(A)
4 and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

I, William E. Bonham, the filing party, have received authorization from AUSA Justin Lee to sign and submit this stipulation and proposed order on her behalf.

Accordingly, the defense and the United States agree and stipulate that the status conference for defendant Rudy Tafoya should be continued until Tuesday, April 21, 2015 at 9:15 am.

Dated: February 19, 2015

BENJAMIN B. WAGNER
United States Attorney

By: /s/ WILLIAM BONHAM for
JUSTIN LEE
Assistant U.S. Attorney

Dated: February 19, 2015

By: /s/ WILLIAM BONHAM for
WILLIAM BONHAM
Counsel for defendant RUDY TAFOYA

2

**ORDER**

IT IS SO ORDERED.  The status conference currently set for Tuesday, February 24, 2015 at 9:30 am is vacated and continued to Tuesday, April 21, 2015, at 9:15 am.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from February 24, 2015, up to and including the date of the new status conference, April 21, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.  I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4.

Dated:

February 20, 2015

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE