```
William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net
```

Attorney for defendant RUDY TAFOYA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>RUDY TAFOYA,<br><br>            Defendant. | No.  14-CR-00193-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

    Defendant, Rudy Tafoya, by and through his undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request that the status conference currently set for Tuesday, April 21, 2015 at 9:15 am be vacated and reset for Tuesday, June 2, 2015 at 9:15 am.

    A continuance is necessary to allow defense counsel additional time to review recently received discovery with the defendant, evaluate the case and hold discussions with his client and negotiations with the government toward a potential resolution of the charges

    The parties further stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time

1

necessary for effective preparation, taking into account the exercise of due diligence; that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial; and that time should be excluded from the computation of time within which trial must commence under the Speedy Trial Act from April 21, 2015, up to and including June 2, 2015, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

    I, William E. Bonham, the filing party, have received authorization from AUSA Justin Lee to sign and submit this stipulation and proposed order on her behalf.

    Accordingly, the defense and the United States agree and stipulate that the status conference for defendant Rudy Tafoya should be continued until Tuesday, June 2, 2015 at 9:15 am.

Dated: April 20, 2015　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　By:/s/ JUSTIN LEE
　　　　　　　　　　　　　　　　JUSTIN LEE
　　　　　　　　　　　　　　　　Assistant U.S. Attorney


Dated: April 20, 2015　　　　　　By:/s/ WILLIAM  BONHAM for
　　　　　　　　　　　　　　　　WILLIAM BONHAM
　　　　　　　　　　　　　　　　Counsel for defendant
　　　　　　　　　　　　　　　　RUDY TAFOYA

**ORDER**

IT IS SO ORDERED.  The status conference currently set for Tuesday, April 21, 2015 at 9:15 am is vacated and continued to Tuesday, June 2, 2015, at 9:15 am.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from April 21, 2015, up to and including the date of the new status conference, June 2, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.  I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4.

April 20, 2015

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE