William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant RUDY TAFOYA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 14-CR-00193-JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| RUDY TAFOYA, | |
| Defendant. | |

    Defendant, Rudy Tafoya, by and through his undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request that the status conference currently set for Tuesday, June 2, 2015 at 9:15 am be vacated and reset for Tuesday, July 21, 2015 at 9:15 am.

    A continuance is necessary to allow defense counsel additional time to review audio recordings recently received in discovery with the defendant, evaluate the case, hold discussions with his client, and negotiations with the government toward a potential resolution of the charges.  In addition, a continuance is necessary to allow defense counsel time to arrange for two of Mr. Tafoya's state priors reduced to misdemeanors pursuant to

1  California's Proposition 47.
2      The parties further stipulate that the failure to grant a
3  continuance in this matter would deny counsel reasonable time
4  necessary for effective preparation, taking into account the
5  exercise of due diligence; that the ends of justice served by
6  granting this continuance outweigh the best interest of the
7  public and the defendant in a speedy trial; and that time should
8  be excluded from the computation of time within which trial must
9  commence under the Speedy Trial Act from June 2, 2015, up to and
10 including July 21, 2015, pursuant to 18 U.S.C. § 3161 (h)(7)(A)
11 and (B)(iv) and Local Code T-4, to allow defense counsel
12 reasonable time to prepare.
13     I, William E. Bonham, the filing party, have received
14 authorization from AUSA Justin Lee to sign and submit this
15 stipulation and proposed order on her behalf.
16     Accordingly, the defense and the United States agree and
17 stipulate that the status conference for defendant Rudy Tafoya
18 should be continued until Tuesday, July 21, 2015 at 9:15 am.
19
20 Dated: May 27, 2015                BENJAMIN B. WAGNER
                                      United States Attorney
21
22                                    By:/s/ JUSTIN LEE
                                      JUSTIN LEE
23                                    Assistant U.S. Attorney
24
25 Dated: May 27, 2015                By:/s/ WILLIAM  BONHAM for
                                      WILLIAM BONHAM
26                                    Counsel for defendant
                                      RUDY TAFOYA
27
28

**ORDER**

The status conference currently set for Tuesday, June 2, 2015 at 9:15 am is vacated and continued to Tuesday, July 21, 2015, at 9:15 am.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from June 2, 2015, up to and including the date of the new status conference, July 21, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.  I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4. IT IS SO ORDERED.

Dated: May 27, 2015

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE