William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant RUDY TAFOYA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  14-CR-00193-JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| RUDY TAFOYA, | |
| Defendant. | |

    Defendant, Rudy Tafoya, by and through his undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request that the status conference currently set for Tuesday, July 21, 2015 at 9:15 am be vacated and reset for Tuesday, August 18, 2015 at 9:15 am.

    A continuance is necessary to allow defense counsel additional time to review audio recordings recently received in discovery with the defendant, evaluate the case, hold discussions with his client, and negotiations with the government toward a potential resolution of the charges.  In addition, a continuance is necessary to allow defense counsel time to arrange for two of Mr. Tafoya's state priors reduced to misdemeanors pursuant to

California's Proposition 47.

    The parties further stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial; and that time should be excluded from the computation of time within which trial must commence under the Speedy Trial Act from July 21, 2015, up to and including August 18, 2015, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

    I, William E. Bonham, the filing party, have received authorization from AUSA Justin Lee to sign and submit this stipulation and proposed order on her behalf.

    Accordingly, the defense and the United States agree and stipulate that the status conference for defendant Rudy Tafoya should be continued until Tuesday, August 18, 2015 at 9:15 am.

Dated: July 17, 2015          BENJAMIN B. WAGNER
                              United States Attorney

                              By:/s/ JUSTIN LEE
                              JUSTIN LEE
                              Assistant U.S. Attorney


Dated: July 17, 2015          By:/s/ WILLIAM  BONHAM for
                              WILLIAM BONHAM
                              Counsel for defendant
                              RUDY TAFOYA

**ORDER**

The status conference currently set for Tuesday, July 21, 2015 at 9:15 am is vacated and continued to Tuesday, August 18, 2015, at 9:15 am.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from July 21, 2015, up to and including the date of the new status conference, August 18, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.  I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4. IT IS SO ORDERED.

Dated: July 17, 2015

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE