William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant RUDY TAFOYA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  14-CR-00193-JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| RUDY TAFOYA, | |
| Defendant. | |

  Defendant, Rudy Tafoya, by and through his undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request that the status conference currently set for Tuesday, September 15, 2015 at 9:15 am be vacated and reset for Tuesday, October 6, 2015 at 9:15 am.

  A continuance is necessary to allow defense counsel additional time to evaluate the case, hold discussions with his client, and negotiations with the government toward a potential resolution of the charges.  In addition, a continuance is necessary to allow defense counsel time to arrange for two of Mr. Tafoya's state priors to be reduced to misdemeanors pursuant to California's Proposition 47.

1    The parties further stipulate that the failure to grant a
2 continuance in this matter would deny counsel reasonable time
3 necessary for effective preparation, taking into account the
4 exercise of due diligence; that the ends of justice served by
5 granting this continuance outweigh the best interest of the
6 public and the defendant in a speedy trial; and that time should
7 be excluded from the computation of time within which trial must
8 commence under the Speedy Trial Act from September 15, 2015, up
9 to and including October 6, 2015, pursuant to 18 U.S.C. § 3161
10 (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense
11 counsel reasonable time to prepare.
12    I, William E. Bonham, the filing party, have received
13 authorization from AUSA Justin Lee to sign and submit this
14 stipulation and proposed order on her behalf.
15    Accordingly, the defense and the United States agree and
16 stipulate that the status conference for defendant Rudy Tafoya
17 should be continued until Tuesday, October 6, 2015 at 9:15 am.

19 Dated: September 11, 2015            BENJAMIN B. WAGNER
                                        United States Attorney

                                        By:/s/ JUSTIN LEE
                                        JUSTIN LEE
                                        Assistant U.S. Attorney

24 Dated: September 11, 2015            By:/s/ WILLIAM  BONHAM for
                                        WILLIAM BONHAM
                                        Counsel for defendant
                                        RUDY TAFOYA

**ORDER**

The status conference currently set for Tuesday, September 15, 2015 at 9:15 am is vacated and continued to Tuesday, October 6, 2015, at 9:15 am.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from September 15, 2015, up to and including the date of the new status conference, October 6, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.  I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4. IT IS SO ORDERED.

Dated: September 11, 2015

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE