William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant RUDY TAFOYA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  14-CR-00193-JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| RUDY TAFOYA, | |
| Defendant. | |

  Defendant, Rudy Tafoya, by and through his undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request that the status conference currently set for Tuesday, October 6, 2015 at 9:15 am be vacated and reset for Tuesday, October 20, 2015 at 9:15 am as a change of plea hearing.

  A continuance is necessary to allow defense counsel additional time to evaluate the case, hold discussions with his client, and negotiations with the government toward a potential resolution of the charges.

  The parties further stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time necessary for effective preparation, taking into account the

1

1  exercise of due diligence; that the ends of justice served by
2  granting this continuance outweigh the best interest of the
3  public and the defendant in a speedy trial; and that time should
4  be excluded from the computation of time within which trial must
5  commence under the Speedy Trial Act from October 6, 2015, up to
6  and including October 20, 2015, pursuant to 18 U.S.C. § 3161
7  (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense
8  counsel reasonable time to prepare.
9      I, William E. Bonham, the filing party, have received
10 authorization from AUSA Justin Lee to sign and submit this
11 stipulation and proposed order on her behalf.
12     Accordingly, the defense and the United States agree and
13 stipulate that the status conference for defendant Rudy Tafoya
14 should be reset for Tuesday, October 20, 2015 at 9:15 am as a
15 change of plea hearing.

17 Dated: October 5, 2015                BENJAMIN B. WAGNER
                                         United States Attorney

19                                       By:/s/ JUSTIN LEE
                                         JUSTIN LEE
20                                       Assistant U.S. Attorney

22 Dated: October 5, 2015                By:/s/ WILLIAM  BONHAM for
                                         WILLIAM BONHAM
23                                       Counsel for defendant
                                         RUDY TAFOYA

2

**ORDER**

The status conference currently set for Tuesday, October 6, 2015 at 9:15 am is vacated and reset for Tuesday, October 20, 2015, at 9:15 am as a change of plea hearing.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from October 6, 2015, up to and including the date of the new status conference, October 20, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.  I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4. IT IS SO ORDERED.

Dated: October 5th, 2015

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE