William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant RUDY TAFOYA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  14-CR-00193-JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| RUDY TAFOYA, | |
| Defendant. | |

    Defendant, Rudy Tafoya, by and through his undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request that the change of plea hearing currently set for Tuesday, December 15, 2015 at 9:15 am be vacated and reset for Tuesday, January 19, 2016 at 9:15 am.

    A continuance is necessary to allow defense counsel additional time to evaluate the case and hold discussions with his client regarding the plea agreement recently provided by the Government.

    The parties further stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time necessary for effective preparation, taking into account the

1

exercise of due diligence; that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial; and that time should be excluded from the computation of time within which trial must commence under the Speedy Trial Act from December 15, 2015, up to and including January 19, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

    I, William E. Bonham, the filing party, have received authorization from AUSA Justin Lee to sign and submit this stipulation and proposed order on his behalf.

    Accordingly, the defense and the United States agree and stipulate that the change of plea hearing for defendant Rudy Tafoya should be reset for Tuesday, January 19, 2016 at 9:15 am.

Dated: December 10, 2015        BENJAMIN B. WAGNER
                                       United States Attorney

                                       By:/s/ JUSTIN LEE
                                       JUSTIN LEE
                                       Assistant U.S. Attorney

Dated: December 10, 2015        By:/s/ WILLIAM BONHAM
                                       WILLIAM BONHAM
                                       Counsel for defendant
                                       RUDY TAFOYA

**ORDER**

The change of plea hearing currently set for Tuesday, December 15, 2015 at 9:15 am is vacated and reset for Tuesday, January 19, 2016, at 9:15 am.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from December 15, 2015, up to and including the date of the new status conference, January 19, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.  I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4. IT IS SO ORDERED.

Dated: December 10, 2015

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE

3