William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant RUDY TAFOYA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.   14-CR-00193-GEB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| RUDY TAFOYA, | |
| Defendant. | |

    Defendant, Rudy Tafoya, by and through his undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request that the change of plea hearing currently set for Friday, January 15, 2016 at 9:00 am be vacated and reset for Friday, February 5, 2016 at 9:00 am.

    A continuance is necessary to allow defense counsel additional time to evaluate the case and hold discussions with his client regarding the plea agreement recently provided by the Government.

    The parties further stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time necessary for effective preparation, taking into account the

1

1  exercise of due diligence; that the ends of justice served by
2  granting this continuance outweigh the best interest of the
3  public and the defendant in a speedy trial; and that time should
4  be excluded from the computation of time within which trial must
5  commence under the Speedy Trial Act from January 15, 2016, up to
6  and including February 5, 2016, pursuant to 18 U.S.C. § 3161
7  (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense
8  counsel reasonable time to prepare.
9      I, William E. Bonham, the filing party, have received
10 authorization from AUSA Justin Lee to sign and submit this
11 stipulation and proposed order on his behalf.
12     Accordingly, the defense and the United States agree and
13 stipulate that the change of plea hearing for defendant Rudy
14 Tafoya should be reset for Friday, February 5, 2016 at 9:00 am.

15 Dated: January 12, 2016           BENJAMIN B. WAGNER
                                     United States Attorney
16
17                                   By:/s/ JUSTIN LEE
                                     JUSTIN LEE
18                                   Assistant U.S. Attorney
19
20 Dated: January 12, 2016           By:/s/ WILLIAM  BONHAM
                                     WILLIAM BONHAM
21                                   Counsel for defendant
22                                   RUDY TAFOYA

2

**ORDER**

The change of plea hearing currently set for Friday, January 15, 2016 at 9:00 am is vacated and reset for Friday, February 5, 2016, at 9:00 am.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from January 15, 2016, up to and including the date of the new status conference, February 5, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.  I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4. IT IS SO ORDERED.

Dated:   January 12, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge