William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant RUDY TAFOYA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>RUDY TAFOYA,<br><br>           Defendant. | No.  14-CR-00193-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

    Defendant, Rudy Tafoya, through his undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request that the change of plea hearing currently set for Friday, February 5, 2016 at 9:00 am be vacated and reset for Friday, March 4, 2016 at 9:00 am.

    A continuance is necessary to allow defense counsel additional time to evaluate the case and hold discussions with his client and the Government regarding the plea agreement provided by the Government.

    The parties further stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time necessary for effective preparation, taking into account the

1

exercise of due diligence; that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial; and that time should be excluded from the computation of time within which trial must commence under the Speedy Trial Act from February 5, 2016, up to and including March 4, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

I, William E. Bonham, the filing party, have received authorization from AUSA Justin Lee to sign and submit this stipulation and proposed order on his behalf.

Accordingly, the defense and the United States agree and stipulate that the change of plea hearing for defendant Rudy Tafoya should be reset for Friday, March 4, 2016 at 9:00 am.

Dated: February 4, 2016                 BENJAMIN B. WAGNER
                                        United States Attorney

                                        By:/s/ JUSTIN LEE
                                        JUSTIN LEE
                                        Assistant U.S. Attorney


Dated: February 4, 2016                 By:/s/ WILLIAM BONHAM
                                        WILLIAM BONHAM
                                        Counsel for defendant
                                        RUDY TAFOYA

2

**ORDER**

The change of plea hearing currently set for Friday, February 5, 2016 at 9:00 am is vacated and reset for Friday, March 4, 2016, at 9:00 am.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from February 5, 2016, up to and including the date of the new status conference, March 4, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.  I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4. IT IS SO ORDERED.

Dated:   February 5, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3