William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
RUDY TAFOYA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RUDY TAFOYA,<br><br>　　　　Defendant. | No.  2:14-CR-00193-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date: May 27, 2016<br>Time: 9:00 am<br>Judge: Hon. Garland E. Burrell, Jr. |

　　　Defendant, Rudy Tafoya, through his undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request that the status conference currently set for Friday, May 27, 2016 at 9:00 am be vacated and reset for Friday, August 19, 2016 at 9:00 am.

　　　A continuance is necessary to allow defense counsel additional time to investigate and evaluate the case, including expert forensic evaluation of seized evidence requiring physical examination of evidence seized that impacts sentencing exposure under the sentencing guidelines and  investigation of warrantless search issues as well as basis for obtaining search warrant  and

1  to hold further discussions with his client and the Government
2  regarding the proposed plea agreement provided by the Government.
3      The parties further stipulate that the failure to grant a
4  continuance in this matter would deny counsel reasonable time
5  necessary for effective preparation, taking into account the
6  exercise of due diligence; that the ends of justice served by
7  granting this continuance outweigh the best interest of the
8  public and the defendant in a speedy trial; and that time should
9  be excluded from the computation of time within which trial must
10 commence under the Speedy Trial Act from May 27, 2016, up to and
11 including August 19, 2016, pursuant to 18 U.S.C. § 3161 (h)(7)(A)
12 and (B)(iv) and Local Code T-4, to allow defense counsel
13 reasonable time to prepare.
14     I, William E. Bonham, the filing party, have received
15 authorization from AUSA Justin Lee to sign and submit this
16 stipulation and proposed order on his behalf.
17     Accordingly, the defense and the United States agree and
18 stipulate that the status conference for defendant Rudy Tafoya
19 should be reset for Friday, August 19, 2016 at 9:00 am.

21 Dated: May 25, 2016                PHILLIP A. TALBERT
                                      Acting United States Attorney

                                      By:/s/ JUSTIN LEE
                                      JUSTIN LEE
                                      Assistant U.S. Attorney


26 Dated: May 25, 2016                By:/s/ WILLIAM  BONHAM
                                      WILLIAM BONHAM
                                      Counsel for defendant
                                      RUDY TAFOYA

**ORDER**

The status conference currently set for Friday, May 27, 2016 at 9:00 am is vacated and reset for Friday, August 19, 2016, at 9:00 am.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from May 27, 2016, up to and including the date of the new status conference, August 19, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.  I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4. IT IS SO ORDERED.

Dated: May 27, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge