William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
RUDY TAFOYA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-CR-00193-GEB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | Date: November 18, 2016 |
| RUDY TAFOYA, | Time: 9:00 am |
| Defendant. | Judge: Hon. Garland E. Burrell, Jr. |

    Defendant, Rudy Tafoya, through his undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request that the status conference currently set for Friday, November 18, 2016 at 9:00 am be vacated and reset for Friday, December 16, 2016 at 9:00 am.

    A continuance is necessary to allow defense counsel additional time to investigate and evaluate the case as to warrantless search issues and the basis for obtaining the search warrant and to hold further discussions with his client and the Government regarding the proposed plea agreement provided by the Government.

1

The parties further stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial; and that time should be excluded from the computation of time within which trial must commence under the Speedy Trial Act from November 18, 2016, up to and including December 16, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

I, William E. Bonham, the filing party, have received authorization from AUSA Justin Lee to sign and submit this stipulation and proposed order on his behalf.

Accordingly, the defense and the United States agree and stipulate that the status conference for defendant Rudy Tafoya should be reset for Friday, December 16, 2016 at 9:00 am.

Dated: November 17, 2016         PHILLIP A. TALBERT
                                 Acting United States Attorney

                                 By:/s/ JUSTIN LEE
                                 JUSTIN LEE
                                 Assistant U.S. Attorney


Dated: November 17, 2016         By:/s/ WILLIAM  BONHAM
                                 WILLIAM BONHAM
                                 Counsel for defendant
                                 RUDY TAFOYA

**ORDER**

The status conference currently set for Friday, November 18, 2016 at 9:00 am is vacated and reset for Friday, December 16, 2016, at 9:00 am.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from November 18, 2016, up to and including the date of the new status conference, December 16, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.  I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4. IT IS SO ORDERED.

Dated:   November 17, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3