William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
RUDY TAFOYA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RUDY TAFOYA,<br><br>        Defendant. | No.  2:14-CR-00193-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date: December 16, 2016<br>Time: 9:00 am<br>Judge: Hon. Garland E. Burrell, Jr. |
|---|---|

    Defendant, Rudy Tafoya, through his undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request that the status conference currently set for Friday, December 16, 2016 at 9:00 am be vacated and reset for Friday, January 6, 2017 at 9:00 am.

    A continuance is necessary to allow defense counsel additional time to investigate and evaluate the case as to warrantless search issues and the basis for obtaining the search warrant.

    The parties further stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time

1

1 necessary for effective preparation, taking into account the
2 exercise of due diligence; that the ends of justice served by
3 granting this continuance outweigh the best interest of the
4 public and the defendant in a speedy trial; and that time should
5 be excluded from the computation of time within which trial must
6 commence under the Speedy Trial Act from December 16, 2016, up to
7 and including January 6, 2017, pursuant to 18 U.S.C. § 3161
8 (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense
9 counsel reasonable time to prepare.
10     I, William E. Bonham, the filing party, have received
11 authorization from AUSA Justin Lee to sign and submit this
12 stipulation and proposed order on his behalf.
13     Accordingly, the defense and the United States agree and
14 stipulate that the status conference for defendant Rudy Tafoya
15 should be reset for Friday, January 6, 2017 at 9:00 am.

17 Dated: December 14, 2016          PHILLIP A. TALBERT
                                     Acting United States Attorney
18
                                     By:/s/ JUSTIN LEE
19                                   JUSTIN LEE
20                                   Assistant U.S. Attorney

22 Dated: December 14, 2016          By:/s/ WILLIAM  BONHAM
                                     WILLIAM BONHAM
23                                   Counsel for defendant
                                     RUDY TAFOYA

2

**ORDER**

The status conference currently set for Friday, December 16, 2016 at 9:00 am is vacated and reset for Friday, January 6, 2017, at 9:00 am.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from December 16, 2016, up to and including the date of the new status conference, January 6, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.  I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4. IT IS SO ORDERED.

Dated:  December 14, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge