William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
RUDY TAFOYA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>RUDY TAFOYA,<br><br>             Defendant. | No. 2:14-CR-00193-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date: April 28, 2017<br>Time: 9:00 am<br>Judge: Hon. Garland E. Burrell, Jr. |

Defendant, Rudy Tafoya, through his undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request that the status conference currently set for Friday, April 28, 2017 at 9:00 am be vacated and reset for Friday, May 26, 2017 at 9:00 am.

A continuance is necessary to allow defense counsel additional time to investigate and evaluate the case as to warrantless search issues and the basis for obtaining the search warrant, as well as, to conduct negotiations with the Government, and discussions with his clients toward a potential resolution of the charges.

1

1 | The parties further stipulate that the failure to grant a
2 | continuance in this matter would deny counsel reasonable time
3 | necessary for effective preparation, taking into account the
4 | exercise of due diligence; that the ends of justice served by
5 | granting this continuance outweigh the best interest of the
6 | public and the defendant in a speedy trial; and that time should
7 | be excluded from the computation of time within which trial must
8 | commence under the Speedy Trial Act from April 28, 2017, up to and
9 | including May 26, 2017, pursuant to 18 U.S.C. § 3161 (h)(7)(A)
10 | and (B)(iv) and Local Code T-4, to allow defense counsel
11 | reasonable time to prepare.

Accordingly, the defense and the United States agree and stipulate that the status conference for defendant Rudy Tafoya should be reset for Friday, May 26, 2017 at 9:00 am.

Dated: April 26, 2017         PHILLIP A. TALBERT
                              United States Attorney

                              /s/ JUSTIN LEE
                              JUSTIN LEE
                              Assistant U.S. Attorney


Dated: April 26, 2017         /s/ WILLIAM BONHAM
                              WILLIAM BONHAM
                              Counsel for defendant
                              RUDY TAFOYA

**ORDER**

The status conference currently set for Friday, April 28, 2017 at 9:00 am is vacated and reset for Friday, May 26, 2017, at 9:00 am.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from April 28, 2017, up to and including the date of the new status conference, May 26, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4. I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4. IT IS SO ORDERED.

Dated: April 27, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge