1  William E. Bonham, SBN: 55478
   Attorney At Law
2  Hotel de France Bldg. Old Sacramento
   916 2nd Street, 2nd Floor, Suite A
3  Sacramento, CA 95814
   Telephone: (916) 557-1113
4  Facsimile: (916) 557-1118
   E-mail: billbonham@mylaw.comcastbiz.net
5

6  Attorney for defendant
   RUDY TAFOYA
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,   | No. 2:14-CR-00193-GEB
12 |            Plaintiff,       | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**
13 |      v.                     |
                                   Date: May 26, 2017
14 | RUDY TAFOYA,                | Time: 9:00 am
                                   Judge: Hon. Garland E. Burrell, Jr.
15 |            Defendant.       |

16

17

18     Defendant, Rudy Tafoya, through his undersigned counsel, and
19 the United States, through its undersigned counsel, hereby agree
20 and request that the status conference currently set for Friday,
21 May 26, 2017 at 9:00 am be vacated and reset for Friday, June 16,
22 2017 at 9:00 am.
23     A continuance is necessary to allow defense counsel
24 additional time to investigate and evaluate the case as to
25 warrantless search issues and the basis for obtaining the search
26 warrant, as well as, to conduct negotiations with the Government,
27 and discussions with his clients toward a potential resolution of
28 the charges.

                                   1

1 | The parties further stipulate that the failure to grant a
2 | continuance in this matter would deny counsel reasonable time
3 | necessary for effective preparation, taking into account the
4 | exercise of due diligence; that the ends of justice served by
5 | granting this continuance outweigh the best interest of the
6 | public and the defendant in a speedy trial; and that time should
7 | be excluded from the computation of time within which trial must
8 | commence under the Speedy Trial Act from May 26,2017, up to and
9 | including June 16, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A)
10 | and (B)(iv) and Local Code T-4, to allow defense counsel
11 | reasonable time to prepare.
12 | Accordingly, the defense and the United States agree and
13 | stipulate that the status conference for defendant Rudy Tafoya
14 | should be reset for Friday, June 16, 2017 at 9:00 am.

Dated: May 25, 2017        PHILLIP A. TALBERT
                           United States Attorney

                           /s/ JUSTIN LEE
                           JUSTIN LEE
                           Assistant U.S. Attorney


Dated: May 25, 2017        /s/ WILLIAM BONHAM
                           WILLIAM BONHAM
                           Counsel for defendant
                           RUDY TAFOYA

**ORDER**

The status conference currently set for Friday, May 26, 2017 at 9:00 am is vacated and reset for Friday, June 16, 2017, at 9:00 am.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from May 26, 2017, up to and including the date of the new status conference, June 16, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4. I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4. IT IS SO ORDERED.

Dated: May 26, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge