William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
RUDY TAFOYA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RUDY TAFOYA,<br><br>　　　　Defendant. | No.　2:14-CR-00193-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date: June 16, 2017<br>Time: 9:00 am<br>Judge: Hon. Garland E. Burrell, Jr. |

　　　Defendant, Rudy Tafoya, through his undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request that the status conference currently set for Friday, June 16, 2017 at 9:00 am be vacated and reset for Friday, June 30, 2017 at 9:00 am.

　　　A continuance is necessary to allow defense counsel additional time to investigate and evaluate the case as to warrantless search issues and the basis for obtaining the search warrant, as well as, to conduct negotiations with the Government, and discussions with his client toward a potential resolution of the charges.

1

The parties further stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial; and that time should be excluded from the computation of time within which trial must commence under the Speedy Trial Act from June 16, 2017, up to and including June 30, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Accordingly, the defense and the United States agree and stipulate that the status conference for defendant Rudy Tafoya should be reset for Friday, June 30, 2017 at 9:00 am.

Dated: June 14, 2017    PHILLIP A. TALBERT
United States Attorney

/s/ JUSTIN LEE
JUSTIN LEE
Assistant U.S. Attorney

Dated: June 14, 2017    /s/ WILLIAM BONHAM
WILLIAM BONHAM
Counsel for defendant
RUDY TAFOYA

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The status conference currently set for Friday, June 16, |
| 3 | 2017 at 9:00 am is vacated and reset for Friday, June 30, 2017, |
| 4 | at 9:00 am. |
| 5 | I find that the failure to grant such a continuance would |
| 6 | deny counsel reasonable time necessary for effective preparation, |
| 7 | taking into account the exercise of due diligence. Accordingly, |
| 8 | the time within which the trial of this case must be commenced |
| 9 | under the Speedy Trial Act is excluded from June 14, 2017, up to |
| 10 | and including the date of the new status conference, June 30, |
| 11 | 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local |
| 12 | Code T4. I specifically find that the ends of justice served by |
| 13 | granting this continuance outweigh the best interest of the |
| 14 | public and defendants in a speedy trial within the meaning of 18 |
| 15 | U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4. IT IS SO |
| 16 | ORDERED. |
| 17 | Dated: June 15, 2017 |

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge