William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
RUDY TAFOYA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>RUDY TAFOYA,<br><br>        Defendant. | No. 2:14-CR-00193-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR PRE-PLEA REPORT AND TO CONTINUE STATUS CONFERENCE**<br><br>Date: June 30, 2017<br>Time: 9:00 am<br>Judge: Hon. Garland E. Burrell, Jr. |

Defendant, Rudy Tafoya, through his undersigned counsel, and the United States, through its undersigned counsel, hereby stipulate and request that the status conference currently set for Friday, June 30, 2017 at 9:00 am be vacated and continued to Friday, August 25, 2017 at 9:00 am.

The parties further stipulate and request that the Court order that a pre-plea report related to the defendant's criminal history and potential application of the sentencing guidelines be produced. The defendant is subject to potential liability under 18 U.S.C. § 922(g) (felon in possession of a firearm) and 26 U.S.C. § 5861(d) (possession of a silencer). The defendant's lengthy and complex criminal history may trigger application of

1

the Armed Career Criminal Act ("ACCA") and may trigger application of the Career Offender guidelines.  Application of either could result in the defendant's advisory guideline range swinging from 57 months to over 180 months.  The Supreme Court's recent decisions in in *Johnson v. United States,* 135 S. Ct. 2551 (2015) and *Beckles v. United States,* 580 U.S. _____, (2017) as well as the subsequent cases interpreting these decision have injected uncertainty into whether ACCA and Career Offender will apply in this case.

The parties do not want to unnecessarily burden the Court's trial calendar if a negotiated resolution is possible and a pre-plea report will assist the parties in making that determination.

The parties contacted Probation and Probation is not opposed to this stipulation and not opposed to preparing a pre-plea report in this case given the complexity of this case and the potentially significant impact on the sentencing guidelines.

Accordingly, a continuance is appropriate to allow Probation time to prepare a pre-plea report, to allow the parties time to review and evaluate the report and if necessary to conduct additional research, and otherwise determine if this matter may be resolved or prepared for trial.

The parties further stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial; and that time should be excluded from the computation of time within which trial must

commence under the Speedy Trial Act from June 28, 2017, up to and including August 25, 2017, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: June 28, 2017       PHILLIP A. TALBERT
                           United States Attorney

                           /s/ JUSTIN LEE
                           JUSTIN LEE
                           Assistant U.S. Attorney


Dated: June 28, 2017       /s/ WILLIAM BONHAM
                           WILLIAM BONHAM
                           Counsel for defendant
                           RUDY TAFOYA

**ORDER**

Based upon the Court's consideration of the stipulation of the parties, the Court HEREBY ORDERS that the status conference in this case is continued to August 25, 2017, at 9:00 a.m. The Court FINDS that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from June 28, 2017, up to and including the date of the new status conference, August 25, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4. The Court FINDS that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4.

It is FURTHER ORDERED that Probation shall prepare a pre-plea report in this case. The pre-plea report shall contain the criminal history calculation for the defendant, the guideline calculations for a violation of 18 U.S.C. § 922(g), and the guideline calculations for a violation of 26 U.S.C. § 5861(d). Probation shall disclose a copy to the United States and the defendant upon completion.

IT IS SO ORDERED.

Dated: June 29, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge