William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
RUDY TAFOYA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>RUDY TAFOYA,<br><br>        Defendant. | No. 2:14-CR-00193-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR PRE-PLEA REPORT AND TO CONTINUE STATUS CONFERENCE**<br><br>Date: August 25, 2017<br>Time: 9:00 am<br>Judge: Hon. Garland E. Burrell, Jr. |

    Defendant, Rudy Tafoya, through his undersigned counsel, and the United States, through its undersigned counsel, hereby stipulate and request that the status conference currently set for Friday, August 25, 2017 at 9:00 am be vacated and continued to Friday, September 29, 2017 at 9:00 am.

    On June 29, 2017 the Court continued the previously scheduled June 30 status conference and ordered probation to prepare a pre-plea report related to the defendant's criminal history and potential application of the sentencing guidelines, specifically as to whether the Armed Career Criminal Act ("ACCA") and/or the Career Offender guidelines, which could result in the defendant's advisory guideline range swinging from 57 months to

over 180 months, would apply in light of the Supreme Court's recent decisions in in *Johnson v. United States,* 135 S. Ct. 2551 (2015) and *Beckles v. United States,* 580 U.S. _____, (2017) as well as the subsequent cases interpreting these decisions.

The pre-plea report has not been produced at this time. On August 9, 2017, defense counsel ordered the files of two of the defendant's priors, Sacramento County Superior Court case nos. 80311 and 92249, from archives, to assist probation in obtaining documents necessary to complete the report. Once those files are produced, typically in 7-10 business days, counsel will retrieve the necessary documents and provide them to Probation.

Accordingly, a continuance is appropriate to allow the parties additional time to obtain documents necessary for Probation to complete its report, to allow Probation additional time to prepare a pre-plea report, to allow the parties time to review and evaluate the report and if necessary to conduct additional research, and otherwise determine if this matter may be resolved or prepared for trial.

The parties further stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial; and that time should be excluded from the computation of time within which trial must commence under the Speedy Trial Act from August 22, 2017, up to and including September 29, 2017, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense

counsel reasonable time to prepare.

Dated: August 22, 2017  PHILLIP A. TALBERT
United States Attorney

/s/ JUSTIN LEE
JUSTIN LEE
Assistant U.S. Attorney


Dated: August 22, 2017  /s/ WILLIAM BONHAM
WILLIAM BONHAM
Counsel for defendant
RUDY TAFOYA

**ORDER**

Based upon the reasons set forth in the parties' stipulation the Court HEREBY ORDERS that the status conference in this case is continued to September 29, 2017, at 9:00 a.m. The Court FINDS that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from August 22, 2017, up to and including the date of the new status conference, September 29, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4. The Court FINDS that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4.

IT IS SO ORDERED.

Dated: August 24, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge