1  William E. Bonham, SBN: 55478
   Attorney At Law
2  Hotel de France Bldg. Old Sacramento
   916 2nd Street, 2nd Floor, Suite A
3  Sacramento, CA 95814
   Telephone: (916) 557-1113
4  Facsimile: (916) 557-1118
   E-mail: billbonham@mylaw.comcastbiz.net
5

6  Attorney for defendant
   RUDY TAFOYA
7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,     | No.  2:14-CR-00193-GEB
12 |         Plaintiff,            | **STIPULATION AND [PROPOSED] ORDER FOR PRE-PLEA REPORT AND TO CONTINUE STATUS CONFERENCE**
13 |     v.                        |
14 | RUDY TAFOYA,                  | Date: September 29, 2017
   |                               | Time: 9:00 am
15 |         Defendant.            | Judge: Hon. Garland E. Burrell, Jr.
16

17     Defendant, Rudy Tafoya, through his undersigned counsel, and
18 the United States, through its undersigned counsel, hereby
19 stipulate and request that the status conference currently set
20 for Friday, September 29, 2017 at 9:00 am be vacated and
21 continued to Friday, November 17, 2017 at 9:00 am.
22     On June 29, 2017 the Court continued the previously
23 scheduled June 30 status conference and ordered probation to
24 prepare a pre-plea report related to the defendant's criminal
25 history and potential application of the sentencing guidelines.
26     Counsel received the pre-plea report from probation
27 September 18, 2017. A continuance is necessary to provide counsel
28 with additional time to review and discuss the pre-plea report

                                    1

with his client and the government, to investigate and evaluate its findings, to conduct additional research, if necessary, and otherwise determine if this matter may be resolved or prepared for trial.

The parties further stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial; and that time should be excluded from the computation of time within which trial must commence under the Speedy Trial Act from September 28, 2017, up to and including November 17, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: September 28, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ JUSTIN LEE
JUSTIN LEE
Assistant U.S. Attorney

Dated: September 28, 2017

/s/ WILLIAM BONHAM
WILLIAM BONHAM
Counsel for defendant
RUDY TAFOYA

**ORDER**

Based upon the reasons set forth in the parties' stipulation the Court HEREBY ORDERS that the status conference in this case is continued to November 17, 2017, at 9:00 a.m. The Court FINDS that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from September 28, 2017, up to and including the date of the new status conference, November 17, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4. The Court FINDS that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4.
IT IS SO ORDERED.
Dated: September 28, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge