William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
RUDY TAFOYA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>RUDY TAFOYA,<br><br>        Defendant. | No. 2:14-CR-00193-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR PRE-PLEA REPORT AND TO CONTINUE STATUS CONFERENCE**<br><br>Date: January 12, 2018<br>Time: 9:00 am<br>Judge: Hon. Garland E. Burrell, Jr. |

    Defendant, Rudy Tafoya, through his undersigned counsel, and the United States, through its undersigned counsel, hereby stipulate and request that the status conference currently set for Friday, January 12, 2018 at 9:00 am be vacated and continued to Friday, February 2, 2018 at 9:00 am.

    Counsel received a pre-plea report, ordered June 29th, from probation September 18, 2017. A continuance is necessary to provide counsel with additional time to review and discuss the pre-plea report with his client and the government, to investigate and evaluate its findings, to conduct additional research, if necessary, and otherwise determine if this matter may be resolved or prepared for trial.

1

1 | The parties further stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial; and that time should be excluded from the computation of time within which trial must commence under the Speedy Trial Act from January 10, 2018, up to and including February 2, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: January 10, 2018
PHILLIP A. TALBERT
United States Attorney

/s/ JUSTIN LEE
JUSTIN LEE
Assistant U.S. Attorney

Dated: January 10, 2018
/s/ WILLIAM BONHAM
WILLIAM BONHAM
Counsel for defendant
RUDY TAFOYA

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Based upon the reasons set forth in the parties' stipulation |
| 3 | the Court HEREBY ORDERS that the status conference in this case |
| 4 | is continued to February 2, 2018, at 9:00 a.m.  The Court FINDS |
| 5 | that the failure to grant such a continuance would deny counsel |
| 6 | reasonable time necessary for effective preparation, taking into |
| 7 | account the exercise of due diligence. Accordingly, the time |
| 8 | within which the trial of this case must be commenced under the |
| 9 | Speedy Trial Act is excluded from January 10, 2017, up to and |
| 10 | including the date of the new status conference, February 2, |
| 11 | 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local |
| 12 | Code T4.  The Court FINDS that the ends of justice served by |
| 13 | granting this continuance outweigh the best interest of the |
| 14 | public and defendant in a speedy trial within the meaning of 18 |
| 15 | U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4. |
| 16 | IT IS SO ORDERED. |
| 17 | Dated:   January 11, 2018 |

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge