1 William E. Bonham, SBN: 55478
Attorney At Law
2 Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
3 Sacramento, CA 95814
Telephone: (916) 557-1113
4 Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net
5

6 Attorney for defendant
RUDY TAFOYA
7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        No.  2:14-CR-00193-GEB

12              Plaintiff,            **STIPULATION AND [PROPOSED] ORDER
                                      TO SET MOTION HEARING DATE AND
13        v.                          MOTION BRIEFING SCHEDULE**

14   RUDY TAFOYA,                     Date: March 23, 2018
                                      Time: 9:00 am
15              Defendant.            Judge: Hon. Garland E. Burrell,
                                      Jr.
16

17        Defendant, Rudy Tafoya, through his undersigned counsel, and

18   the United States, through its undersigned counsel, hereby

19   stipulate and request that the status conference currently set

20   for Friday, March 23, 2018 at 9:00 am be vacated and that a

21   motion hearing be set for Friday, June 15, 2018 at 9:00 am.

22        The parties agree and request to the following motion

23   briefing schedule:

24        Motion to be filed:  April 20, 2018

25        Opposition due:  May 18, 2018

26        Reply due:  June 1, 2018

27        Motion hearing: June 15, 2018

28

                                      1

1      The parties further stipulate that the failure to grant a

2  continuance in this matter would deny counsel reasonable time

3  necessary for effective preparation, taking into account the

4  exercise of due diligence; that the ends of justice served by

5  granting this continuance outweigh the best interest of the

6  public and the defendant in a speedy trial; and that time should

7  be excluded from the computation of time within which trial must

8  commence under the Speedy Trial Act from March 22, 2018, up to

9  and including June 15, 2018, pursuant to 18 U.S.C. § 3161

10  (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense

11  counsel reasonable time to prepare, and pursuant to 18 U.S.C. §

12  3161(h)(1)(D) and Local Code E upon the filing of the motion.

13  Dated: March 22, 2018           McGREGOR SCOTT
                                    United States Attorney

14

15                                   /s/ JUSTIN LEE
                                    JUSTIN LEE

16                                   Assistant U.S. Attorney

17

18  Dated: March 22, 2018           /s/ WILLIAM  BONHAM
                                    WILLIAM BONHAM

19                                   Counsel for defendant
                                    RUDY TAFOYA

20

21

22

23

24

25

26

27

28

**ORDER**

IT IS SO ORDERED.  The status conference currently set for March 23, 2018 at 9:00 am is vacated and a motion hearing is set for June 15, 2018 at 9:00 am.  It is further ordered that the motion briefing schedule be set as follows:

Motion to be filed:  April 20, 2018

Opposition due:  May 18, 2018

Reply due:  June 1, 2018

Motion hearing: June 15, 2018

Based upon the stipulation of the parties, the Court FINDS that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from March 22, 2018, up to and including the date of the new status conference, June 15, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 and 18 U.S.C. § 3161(h)(1)(D) and Local Code E upon the filing of motions.  The Court FINDS that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4.

IT IS SO ORDERED.

**DATED:  MARCH 22, 2018**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3