1 William E. Bonham, SBN: 55478
Attorney At Law
2 Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
3 Sacramento, CA 95814
Telephone: (916) 557-1113
4 Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net
5

6 Attorney for defendant
RUDY TAFOYA
7

8     UNITED STATES DISTRICT COURT

9     EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | No. 2:14-CR-00193-GEB |
|---|---|---|
| 12 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION HEARING DATE AND MOTION BRIEFING SCHEDULE** |
| 13 | v. | |
| 14 | RUDY TAFOYA, | Date: June 15, 2018<br>Time: 9:00 am |
| 15 | Defendant. | Judge: Hon. Garland E. Burrell, Jr. |

16

17    Defendant, Rudy Tafoya, through his undersigned counsel, and
18 the United States, through its undersigned counsel, hereby
19 stipulate and request that the motion hearing currently set for
20 Friday, June 15, 2018 at 9:00 am be vacated and continued to
21 Friday, August 10, 2018 at 9:00 am.
22    The parties further agree and request motion briefing
23 schedule be continued as follows:
24    Motion to be filed: June 1, 2018
25    Opposition due: July 6, 2018
26    Reply due: July 27, 2018
27    Motion hearing: August 10, 2018
28

1

| | |
|---|---|
| 1 | The parties further stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial; and that time should be excluded from the computation of time within which trial must commence under the Speedy Trial Act from May 7, 2018, up to and including August 10, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare, and pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code E upon the filing of the motion. |

Dated: May 7, 2018        McGREGOR SCOTT
                          United States Attorney

                          /s/ JUSTIN LEE
                          JUSTIN LEE
                          Assistant U.S. Attorney


Dated: May 7, 2018        /s/ WILLIAM BONHAM
                          WILLIAM BONHAM
                          Counsel for defendant
                          RUDY TAFOYA

**ORDER**

IT IS SO ORDERED. The motion hearing currently set for June 15, 2018 at 9:00 am is vacated and continued to August 10, 2018 at 9:00 am. It is further ordered that the motion briefing schedule be continued as follows:

Motion to be filed: June 1, 2018

Opposition due: July 6, 2018

Reply due: July 27, 2018

Motion hearing: August 10, 2018

Based upon the stipulation of the parties, the Court FINDS that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from May 7, 2018, up to and including the date of the new status conference, August 10, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 and 18 U.S.C. § 3161(h)(1)(D) and Local Code E upon the filing of motions. The Court FINDS that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4.

IT IS SO ORDERED.

Dated: May 9, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3