```
1    William E. Bonham, SBN: 55478
     Attorney At Law
2    Hotel de France Bldg. Old Sacramento
     916 2nd Street, 2nd Floor, Suite A
3    Sacramento, CA 95814
     Telephone: (916) 557-1113
4    Facsimile: (916) 557-1118
     E-mail: billbonham@mylaw.comcastbiz.net
5

6    Attorney for defendant
     RUDY TAFOYA
7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        No.  2:14-CR-00193-GEB

12              Plaintiff,            STIPULATION AND [PROPOSED] ORDER
                                      TO CONTINUE MOTION HEARING DATE
13        v.                          AND   MOTION BRIEFING SCHEDULE

14   RUDY TAFOYA,                     Date: October 19, 2018
                                      Time: 9:00 am
15              Defendant.            Judge: Hon. Garland E. Burrell,
                                      Jr.
16
```

17        Defendant, Rudy Tafoya, through his undersigned counsel, and
18   the United States, through its undersigned counsel, hereby
19   stipulate and request that the motion hearing currently set for
20   Friday, September 21, 2018 at 9:00 am be vacated and reset to
21   Friday, October 19, 2018 at 9:00 a.m. for status conference.
22        The parties further stipulate that the failure to grant a
23   continuance in this matter would deny counsel reasonable time
24   necessary for effective preparation, taking into account the
25   exercise of due diligence; that the ends of justice served by
26   granting this continuance outweigh the best interest of the
27   public and the defendant in a speedy trial; and that time should
28   be excluded from the computation of time within which trial must

commence under the Speedy Trial Act from September 21, 2018, up to and including October 19, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare, and pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code E upon the filing of the motion.

Dated: September 20, 2018   McGREGOR SCOTT
United States Attorney

/s/ JUSTIN LEE
JUSTIN LEE
Assistant U.S. Attorney

Dated: September 20, 2018   /s/ WILLIAM BONHAM
WILLIAM BONHAM
Counsel for defendant
RUDY TAFOYA

2

| | |
|---|---|
| 1 | **ORDER** |
| 2 | IT IS SO ORDERED. The motion hearing currently set for |
| 3 | Friday, September 21, 2018 at 9:00 a.m. be vacated and reset to |
| 4 | Friday, October 19, 2018 at 9:00 a.m. for status conference. |
| 5 | Based upon the stipulation of the parties, the Court FINDS |
| 6 | that the failure to grant such a continuance would deny counsel |
| 7 | reasonable time necessary for effective preparation, taking into |
| 8 | account the exercise of due diligence. Accordingly, the time |
| 9 | within which the trial of this case must be commenced under the |
| 10 | Speedy Trial Act is excluded from September 21, 2018, up to and |
| 11 | including the date of the new status conference, |
| 12 | October 19, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and |
| 13 | (B)(iv) and Local Code T4 and 18 U.S.C. § 3161(h)(1)(D) and Local |
| 14 | Code E upon the filing of motions. The Court FINDS that the ends |
| 15 | of justice served by granting this continuance outweigh the best |
| 16 | interest of the public and defendant in a speedy trial within the |
| 17 | meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code |
| 18 | T-4. |

IT IS SO ORDERED.

Dated: September 21, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge