William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
RUDY TAFOYA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RUDY TAFOYA,<br><br>　　　　Defendant. | No. 2:14-CR-00193-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION HEARING DATE AND MOTION BRIEFING SCHEDULE**<br><br>Date: November 2, 2018<br>Time: 9:00 am<br>Judge: Hon. Garland E. Burrell, Jr. |

　　　　Defendant, Rudy Tafoya, through his undersigned counsel, and the United States, through its undersigned counsel, hereby stipulate and request that the motion hearing currently set for Friday, October 19, 2018 at 9:00 am be vacated and reset to Friday, November 2, 2018 at 9:00 a.m. for status conference.

　　　　The parties further stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial; and that time should be excluded from the computation of time within which trial must

1

commence under the Speedy Trial Act from October 19, 2018, up to and including November 2, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare, and pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code E upon the filing of the motion.

Dated: October 18, 2018

McGREGOR SCOTT
United States Attorney

/s/ JUSTIN LEE
JUSTIN LEE
Assistant U.S. Attorney

Dated: October 18, 2018

/s/ WILLIAM BONHAM
WILLIAM BONHAM
Counsel for defendant
RUDY TAFOYA

**ORDER**

IT IS SO ORDERED. The motion hearing currently set for Friday, October 19, 2018 at 9:00 a.m. be vacated and reset to Friday, November 2, 2018 at 9:00 a.m. for status conference.

Based upon the stipulation of the parties, the Court FINDS that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from October 19, 2018, up to and including the date of the new status conference, November 2, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 and 18 U.S.C. § 3161(h)(1)(D) and Local Code E upon the filing of motions. The Court FINDS that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4.

IT IS SO ORDERED.
Dated: October 19, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge