

**FILED**
JUL 26 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-cr-00193-GEB |
| Plaintiff, | |
| v. | **RELEASE ORDER** |
| RUDY TAFOYA, | |
| Defendant. | |

TO UNITED STATES MARSHALL:

This Order directs you to release Rudy Tafoya from custody in this case as soon as practicable on the date this order is signed.

IT IS SO ORDERED.

Dated: July 26, 2019

GARLAND E. BURRELL, JR.
United States District Judge