William E. Bonham, SBN: 55478
Attorney at Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
Rudy Tafoya

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUDY TAFOYA,<br><br>Defendant. | CASE NO. 2:14-CR-00193 JAM<br><br>AMENDED STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; ORDER<br><br>DATE: June 29, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Defendant Rudy Tafoya, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

 1. By previous order, this matter was set for an admit/deny hearing on June 29, 2021.

 2. By this stipulation, the defendant now moves to continue the admit/deny hearing until July 20, 2021.

 3. The parties agree and stipulate, and request that the Court find the following:

  a) Counsel for the defendant desires additional time to discuss and negotiate a potential disposition in this matter with the plaintiff attorney as well as the assigned Probation Officer and consult with in custody client.

STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING

1

b) The government does not object to the continuance.

c) The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.

Dated: June 25, 2021  /s/ William E. Bonham
WILLIAM E. BONHAM
Counsel for Defendant
RUDY TAFOYA

Dated: June 25, 2021  PHILLIP A, TALBERT
Acting United States Attorney

/s/ Justin Lee,
JUSTIN LEE
Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 25th day of June, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE