William E. Bonham, SBN: 55478
Attorney at Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net


Attorney for defendant
Rudy Tafoya

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>RUDY TAFOYA,<br><br>                Defendant. | CASE NO. 2:14-CR-00193-JAM<br><br>**STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; ORDER**<br><br>DATE: July 20, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Defendant Rudy Tafoya, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on July 20, 2021.

2. By this stipulation, the defendant now moves to continue the admit/deny hearing until **August 10, 2021, at 9:30 a.m**.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for the defendant desires additional time to investigate the circumstances of the new violation as well as discuss and negotiate a potential disposition in this matter with the plaintiff attorney and the assigned Probation Officer and to consult with an in custody client.

b) The government does not object to the continuance.

c) The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.

Dated: July 15, 2021 /s/ William E. Bonham
WILLIAM E. BONHAM
Counsel for Defendant
RUDY TAFOYA

Dated: July 15, 2021 PHILLIP A, TALBERT
Acting United States Attorney

/s/ Justin Lee,
JUSTIN LEE
Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: July 15, 2021 /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING

2