1  William E. Bonham, SBN: 55478
   Attorney at Law
2  Hotel de France Bldg. Old Sacramento
   916 2nd Street, 2nd Floor, Suite A
3  Sacramento, CA 95814

4  Telephone: (916) 557-1113
   Facsimile: (916) 557-1118
5  E-mail: billbonham@mylaw.comcastbiz.net

6

7  Attorney for defendant
   Rudy Tafoya

8

9

10              **IN THE UNITED STATES DISTRICT COURT**

11              **EASTERN DISTRICT OF CALIFORNIA**

12

13  UNITED STATES OF AMERICA,                 CASE NO.  2:14-CR-00193-JAM

14                          Plaintiff,        **STIPULATION REGARDING CONTINUANCE
                                              OF ADMIT/DENY HEARING; ORDER**
15                  v.
                                              DATE: August 31, 2021
16  RUDY TAFOYA,                              TIME: 9:30 a.m.
                                              COURT: Hon. John A. Mendez
17                          Defendant.

18

19                          **STIPULATION**

20      Defendant Rudy Tafoya, by and through his counsel of record, and plaintiff United States of

21  America, by and through its counsel of record, hereby stipulate as follows:

22      1.      By previous order, this matter was set for an admit/deny hearing on August 31, 2021.

23      2.      By this stipulation, the defendant now moves to continue the admit/deny hearing until

24  **September 28, 2021**, **at 9:30 a.m**.

25      3.      The parties agree and stipulate, and request that the Court find the following:

26          a)      Counsel for the defendant needs additional time to investigate the circumstances

27  of the new violation as well as discuss and negotiate a potential disposition in this matter with

28  the plaintiff attorney and the assigned Probation Officer and to consult with an in-custody client.

1

2    b)    The government does not object to the continuance. USPO has been notified and

3    agrees with the continuance date.

4    c)    The provisions of the Speedy Trial Act are inapplicable because this matter is

5    before the Court due to the defendant's violation of the terms of his supervised release.

6

7    IT IS SO STIPULATED.

8    Dated:  August 26, 2021                          /s/ William E. Bonham
                                                       WILLIAM E. BONHAM
9                                                      Counsel for Defendant
                                                       RUDY TAFOYA
10

11   Dated:  August 26, 2021                          PHILLIP A, TALBERT
                                                       Acting United States Attorney
12

13                                                     /s/ Justin Lee,
                                                       JUSTIN LEE
14                                                     Assistant United States Attorney

15

16

17

18                           **FINDINGS AND ORDER**

19

20   IT IS SO FOUND AND ORDERED.

21   .

22

23   Dated: August 26, 2021                           /s/ John A. Mendez
                                                       THE HONORABLE JOHN A. MENDEZ
24                                                     UNITED STATES DISTRICT COURT JUDGE

25

26

27

28

STIPULATION REGARDING CONTINUANCE OF                  2
ADMIT/DENY HEARING