William E. Bonham, SBN: 55478
Attorney at Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
Rudy Tafoya

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RUDY TAFOYA,<br><br>　　　　　　　　　Defendant. | CASE NO.  2:14-CR-00193 JAM<br><br>STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; ORDER<br><br>DATE: September 28, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Defendant Rudy Tafoya, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on September 28, 2021.

2. By this stipulation, the defendant now moves to continue the admit/deny hearing until October 19, 2021.

3. The parties agree and stipulate, and request that the Court find the following:

　　a) Counsel for the defendant needs additional time to investigate the circumstances of the new violation as well as discuss and negotiate a potential disposition in this matter with the plaintiff attorney and the assigned Probation Officer and to consult with an in-custody client.

     b) The government does not object to the continuance. USPO has been notified and agrees with the continuance date.

     c) The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.

Dated: September 23, 2021
               /s/ William E. Bonham
               WILLIAM E. BONHAM
               Counsel for Defendant
               RUDY TAFOYA

Dated: September 23, 2021
               PHILLIP A, TALBERT
               Acting United States Attorney

               /s/ Justin Lee,
               JUSTIN LEE
               Assistant United States Attorney

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 24th day of September 2021.

               /s/ John A. Mendez
               THE HONORABLE JOHN A. MENDEZ
               UNITED STATES DISTRICT COURT JUDGE