William E. Bonham, SBN: 55478
Attorney at Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
Rudy Tafoya

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>RUDY TAFOYA,<br><br>    Defendant. | CASE NO. 2:14-CR-00193 JAM<br><br>STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; ORDER<br><br>DATE: February 15, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Defendant Rudy Tafoya, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on February 15, 2022.

2. By this stipulation, the defendant now moves to continue the admit/deny hearing until I am requesting to continue Rudy Tafoya for admit/deny hearing to March 8, 2022, at 9:30 AM, for further time for ongoing negotiations with AUSA Justin Lee and Probation.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for the defendant desires additional time to discuss and negotiate a potential disposition in this matter with the plaintiff attorney as well as the assigned Probation

Officer and consult with in custody client.

      b)    The government does not object to the continuance.

      c)    The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.

Dated: February 14, 2022         /s/ William E. Bonham
        WILLIAM E. BONHAM
        Counsel for Defendant
        RUDY TAFOYA

Dated: February 14, 2022         PHILLIP A, TALBERT
        Acting United States Attorney

        /s/ Justin Lee,
        JUSTIN LEE
        Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 14th day of February 2022.

        /s/ John A. Mendez
        THE HONORABLE JOHN A. MENDEZ
        UNITED STATES DISTRICT COURT JUDGE