William E. Bonham, SBN: 55478
Attorney at Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
Rudy Tafoya

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUDY TAFOYA,<br><br>Defendant. | CASE NO.  2:14-CR-00193 JAM<br><br>STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; ORDER<br><br>DATE: April 5, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Defendant Rudy Tafoya, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on April 5, 2022.

2. By this stipulation, the defendant now moves to continue the admit/deny hearing until May 3, 2022.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for the defendant needs additional time to investigate the circumstances of the new violation as well as discuss and negotiate a potential disposition in this matter with the plaintiff attorney and the assigned Probation Officer and to consult with an in-custody client.

      b)     The government does not object to the continuance. USPO will be notified.

      c)     The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.

Dated:  April 1, 2022                                                 /s/ William E. Bonham
                                                                     WILLIAM E. BONHAM
                                                                     Counsel for Defendant
                                                                     RUDY TAFOYA


Dated:  April 1, 2022                                                 PHILLIP A, TALBERT
                                                                     Acting United States Attorney


                                                                     /s/ Justin Lee,
                                                                     JUSTIN LEE
                                                                     Assistant United States Attorney


**FINDINGS AND ORDER**


IT IS SO FOUND AND ORDERED this 4th day of April 2022.
.

                                                                     /s/ John A. Mendez
                                                                     THE HONORABLE JOHN A. MENDEZ
                                                                     UNITED STATES DISTRICT COURT JUDGE