William E. Bonham, SBN: 55478
Attorney at Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
Rudy Tafoya

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RUDY TAFOYA,<br><br>    Defendant. | CASE NO.  2:14-CR-00193 JAM<br><br>STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; ORDER<br><br>DATE: May 3, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

  Defendant Rudy Tafoya, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

  1. By previous order, this matter was set for an admit/deny hearing on May 3, 2022.

  2. By this stipulation, the defendant now moves to continue the admit/deny hearing until May 24, 2022, at 9:30 a.m.

  3. The parties agree and stipulate, and request that the Court find the following:

    a) That this case be joined with case 2:22-CR-078 set for Status Conference on May 24, 2022, that the government filed notice, on April 14, 2022, that both cases were related within the meaning of Local Rule 123. USPO will be notified.

b) The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.

Dated: April 27, 2022              /s/ William E. Bonham
                                   WILLIAM E. BONHAM
                                   Counsel for Defendant
                                   RUDY TAFOYA

Dated: April 27, 2022              PHILLIP A, TALBERT
                                   Acting United States Attorney

                                   /s/ Emily Sauvageau
                                   EMILY SAUVAGEAU
                                   Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 28th day of April 2022.

.

                                   /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE