William E. Bonham, SBN: 55478
Attorney at Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
Rudy Tafoya

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>RUDY TAFOYA,<br><br>                Defendant. | CASE NO.  2:14-CR-00193 JAM<br><br>STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; ORDER<br><br>DATE: July 19, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Defendant Rudy Tafoya, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on July 19, 2022.

2. By this stipulation, the defendant now moves to continue the admit/deny hearing until August 30, 2022, at 9:30 a.m.

3. The parties agree and stipulate, and request that the Court to find the following:

    a. Counsel for the defendant needs additional time to investigate the circumstances of this new violation as well as discuss and negotiate a potential disposition in the related pending new offense, *United States v. Rudy Tafoya*, 2:22-CR-0078-JAM,

(which the parties have also agreed to continue to August 30, 2022, at 9:30 a.m.) with the plaintiff attorney and the assigned Probation Officer and to consult with an in-custody client.

  b. The government does not object to the continuance, however states will not agree to additional continuances. USPO has been notified and agrees with the continuance date.

  c. The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.

Dated: July 14, 2022                /s/ William E. Bonham
                                    WILLIAM E. BONHAM
                                    Counsel for Defendant
                                    Rudy Tafoya

Dated: July 14, 2022                PHILLIP A, TALBERT
                                    Acting United States Attorney

                                    /s/ Emily G. Sauvageau
                                    EMILY G. SAUVAGEAU
                                    Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 14th day of July 2022.

                                    /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    SENIOR UNITED STATES DISTRICT COURT JUDGE