William E. Bonham, SBN: 55478
Attorney at Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
Rudy Tafoya

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUDY TAFOYA,<br><br>Defendant. | CASE NO. 2:14-cr-00193-JAM<br><br>**AMMENDED STIPULATION REGARDING CONTINUANCE OF DISPOSITIONAL HEARING; ORDER**<br><br>DATE: August 1, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Defendant Rudy Tafoya, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for "in person" Dispositional hearing for Tuesday, August 1, 2023, at 09:00 a.m.

2. By this stipulation, the defendant now requests for continuance of the "in person" Dispositional hearing currently set for Tuesday, August 1, 2023, at 09:00 a.m., to the next available date for the Court and parties on or after **August 29, 2023**, **at 09:00 a.m.**

    a) The parties agree and stipulate, and request that the Court find the

following a. This is related to a pending indictment in *United States v. Rudy Tafoya*, 2:22-CR-78-JAM, which the parties have also agreed to continue "in person" Judgment & Sentencing hearing for Tuesday, August 1, 2023 at 9:00 a.m.

 b.  Defense counsel would have selected August 29, 2023, for the hearing date when the Court gave notice, through the Courtroom Deputy, that the Court was no longer available on 7/25/2023, had defense counsel remembered that he had a personal, albeit family commitment, that conflicts with the August 1, 2023, date.

 c. The government does not object to the continuance.

 d.  Based on the above-stated findings, the ends of justice would be served by continuing the sentencing and dispositional hearing as prescribed by the Speedy Trial Act.

IT IS SO STIPULATED.

Dated:  June 29, 2023

/s/ William E. Bonham
WILLIAM E. BONHAM
Counsel for Defendant
RUDY TAFOYA

Dated:  June 29, 2023

PHILLIP A, TALBERT
Acting United States Attorney

/s/ Emily Sauvageau
EMILY SAUVAGEAU
Assistant United States Attorney

/
/
/
/

STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING

2

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: July 05, 2023         /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             SENIOR UNITED STATES DISTRICT JUDGE